STATE OF MAINE
CUMBERLAND, ss



SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-00-257

ZAGONYI B. TUNGATE, SEP 4 10 09 AM '01

      Plaintiff

v.

WILLIAM D. GARDNER, JR.,

      Defendant

ORDER ON DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT

The defendant seeks a summary judgment on the plaintiff's complaint and argues that the plaintiff's claims are barred by res judicata. There are no material issues of fact in dispute. The same parties or their privies were involved in the small claims action brought by the plaintiff in district court in 1994. A valid final judgment was entered in that action. The matters presented for decision were or might have been litigated in the prior small claims action. See Dep't of Human Servs. v. Comeau, 663 A.2d 46, 48-49 (Me. 1995); Northeast Harbor Golf Club, Inc. v. Town of Mount Desert, 618 A.2d 225, 227 (Me. 1992); Caporino v. Lacasse, 511 A.2d 445, 447-48 (Me. 1986); RESTATEMENT (SECOND) OF JUDGMENTS § 41(1)(b) (1982); Allstate Policy, § II.

The entry is

> The Defendant's Motion for Summary Judgment is GRANTED. Judgment is entered in favor of the Defendant and against the Plaintiff on the Plaintiff's Complaint.

Date: September 2, 2001

Nancy Mills
Justice, Superior Court

Date Filed __04-24-00__      __CUMBERLAND__     Docket No. __CV 00-257__

County

Action __PERSONAL INJURY__

ZAGONYI B. TUNGATE        WILLIAM D. GARDNER, JR.

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| DANIEL G. KAGAN ESQ 784-3576<br>PO BOX 961, LEWISTON ME 04243 | MARK DUNLAP, ESQ.   774-7000<br>P. O. BOX 4600<br>PORTLAND, MAINE 04112-4600 |

Date of
Entry